**Dismiss and Opinion Filed June 16, 2022**



**In the**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01120-CV

**MARK MWENDWA MUTUNGA, Appellant**
**V.**
**FIRST CHOICE AUTO & TIRES AND ZEREVAN EMIN, Appellees**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2020-1-044CV**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Carlyle

After appellant failed to timely file his brief, we directed appellant by postcard dated May 10, 2022 to file his brief within ten days and cautioned him that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See id.*; *id.* 42.3(b), (c).

211120f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

MARK MWENDWA MUTUNGA,
Appellant

No. 05-21-01120-CV        V.

FIRST CHOICE AUTO & TIRES
AND ZEREVAN EMIN, Appellees

On Appeal from the County Court at
Law No. 1, Grayson County, Texas
Trial Court Cause No. 2020-1-
044CV.
Opinion delivered by Justice Carlyle.
Justices Myers and Goldstein
participating.

        In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered this 16th day of June, 2022.